E-FILED
Monday, 16 May, 2016 03:49:56 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

NEIL ACKERMAN,
        Plaintiff,

v.                                        Case No. 16-4090

DR. KUL SOOD,
        Defendant.

<u>ORIGINAL COMPLAINT</u>

Plaintiff Neil Ackerman ("Mr. Ackerman"), pro'se, as and for his Original Complaint under the Civil Rights Act, Title 42, Section 1983 of the United States Code ("Section"), against defendant Dr. Kul Sood ("Sood"), along with several John/Jane Does, (collectively, Sood, and John Does are "Defendants"), states as follows:

<u>INTRODUCTION</u>

1.    Plaintiff Ackerman is a state prisoner who, from January 2015 through the present, has been incarcerated at the Henry Hill Correctional Center ("Hill") in Galesburg, Illinois. During this time of his confinement, Mr. Ackerman complained of pain and limitation in his activities of daily living due to his lower back pain. Mr. Ackerman suffers from anterolisthesis, spondylolisthesis,and spondylolysis, with severe narrowing of his disc. The Defendant, Sood, prescribed Nortriptyline, a medication to treat nerve pain. However, this medication came with warnings from the FDA that the patient should not skip or stop taking this medication, due to the physical and psychological side effects that will occur. The defendants, with deliberate indifference to Mr. Ackermans physical pain and psychological side effects that occurred on numerous occasions, as they waited to renew or reorder his medication, causing harm to the plaintiff.

2.    The plaintiff became allergic to his medication (nortriptyline) as he experienced numerous side effects, all of which the FDA states to call your doctor at once if you have any of these side effects. Defendant

Sood was deliberate indifference to the plaintiff by ignoring the competent professional medical advice of other physicians, who recommended discontinuing the nortriptyline and prescribe neuroten, due to the allergic reaction. Due to the defendants willful, knowing, and deliberate indifference Mr. Ackerman has suffered extensive pain, physically and psychologically, for which he seeks recompense in this lawsuit.

<u>JURISDICTION AND VENUE</u>

3.   This is a civil rights action to redress the deprivation under color of state law of rights, privileges, and immunities secured to Mr. Ackerman by the Eighth Amendment of the United States Constitution and 42 U.S.C. §1983.

4.   This Court has jurisdiction pursuant to 28 U.S.C. § 1331, 1343 (a)(3) and (4), the asserted rights and interests of the plaintiff exceed seventy-five thousand dollars ($75,000) exclusive of interest and costs.

5.   This action properly lies within this judicial district under the provisions of 28 U.S.C. §§ 1391 (b) and/or 1406 (b).

<u>THE PARTIES</u>

6.   Neil Ackerman, prison identification number R26112, is currently confined at the Henry Hill Correctional Center.

7.   Defendant Dr. Kul Sood was a Wexford Health Source employee and the Medical Director of henry Hill Correctional Center. Defendant Sood also was personally involved in denying/delaying medical treatment, as well as providing inadequate medical treatment when he knew that the plaintiff is having an allergic reaction to the medication but refused to change medications.

8.   John/Jane Doe, whose identity will be disclosed through discovery delayed/denied medical treatment to the plaintiff by allowing his medication to run out and cause severe side effects.

<u>PLAINTIFF EXHAUSTED ALL REMEDIES</u>
Plaintiff filed two (2) grievances, both of which were denied by the A.R.B. <u>see Exhibit A and B.</u>

## Deny/Delay Medical Treatment

9.   The Plaintiff was prescribed Nortriptyline by Defendant Dr.
Sood to treat the Plaintiff's lower back pain, namely anterolisthesis,
spondylolisthesis, and spondlolysis, with severe narrowing of his disc.
The Plaintiff's nerves are being pinched in his lower back, the
medication is prescribed to relieve the nerve pain. See Exhibit C (Neuropathic).

10.  Nortriptyline is also used to treat depression and other
purposes as well. Dr. Sood would only prescribe the medication for two
(2) months at a time. The medication was passed out by the nurse twice
a day. Every two (2) months when the medication would run out, it
would take days or even weeks for the medication to arrive.

11.  Nortriptyline causes numerous side effects when the medication
is skipped or the patient stops taking the medication, the FDA warns
against skipping doses or abrupt cessation, as this can cause malaise
and/or other psychological side effects, such as suicide thoughts
and actions. See Exhibit D Rxlist.com (withdrawal symptoms causes Malaise).

12.  Everytime plaintiff's medication would run out and it required
reorder or renewal, Mr. Ackerman would have dark, suicidal thoughts,
and paranoid thinking. He continued to inform the defendant along with
the psychiatrist about these side effects when his medication runs out.

13.  Defendant Sood gave Dr. Bednarz (psychiatrist) responsibility
over Plaintiff's nortriptyline, in order for the psychiatrist to
monitor his mental status. Considering the fact that this keeps occuring
(medication running out) Dr. Bednarz suggested plaintiff be prescribed
Neuroton instead, but Dr. Sood denied this request.

14.  Prior to the medication running out, the nurse or pharmacist
technician (John Doe #1) should of reordered or had the prescription
renewed to prevent the plaintiff from skipping doses or abrupt cessation.

Since the nurse's possess the medication, the Plaintiff would not know how many pills are left or when the prescription expired. Some of the nurses would "borrow" medication from other inmates who have the same prescription, but this was sporadic at best.

15.  mr. Ackerman consulted with mrs. Flores, a mental health therapist about the psychological problems he is having with his medication (constantly running out). Mrs. Flores put him in to see the psychiatrist (Dr. Bednarz). However, after thirty (30) days the plaintiff was seen by Mrs. Flores, and he informed her that he is still having the same problems with his medication, and that he still has not seen the psychiatrist.

16.  Mrs. Flores reassured the Plaintiff that she submitted him to be seen by the psychiatrist, so she submitted him again. This occured for several months. When the Plaintiff was finally seen by Dr. bednarz, he was not aware of the problems that he was having. Dr. bednarz checked the medical chart and then he saw where Mrs. Flores submitted him numerous times to be seen. The person who schedules the appointments for the psychiatrist, never scheduled the Plaintiff to be seen (John Doe #2). The Plaintiff has attempted to identify this individual but the medical staff refuses to provide their identity.

### Inadequate Medical Treatment

17.  On or about April 2015, Defendant Sood increased Plaintiff's prescription of Nortripyline. Within a week or so , the Plaintiff started to experience an allergic reaction to the medication.

18.  The plaintiff began to have hives/skin rash on his arms and feet (petechiae), blurred vision, extreme constipation, agitation, restlessness/insomnia, and thoughts of suicide. The Plaintiff notified Defendant Sood about the side effects, but Sood informed him that he will not change medications, and that the Plaintiff will just have to

deal with the side effects. See Exhibit D (allergic reaction;petechiae)',Exhibit E-H.

19.  The plaintiff's petechiae (rash/hives) became worse, as he could not stop itching. The rash would not go away due to the fact that the Plaintiff is still taking the medication. The Plaintiff had to take the medication in order to be out of pain (lower back), but the side effects was getting worse.

20.  Every doctor or nurse that the Plaintiff saw in the health care unit all referred Neuroton as the plaintiff was on it before with no side effects. However, Defendant Sood again refused to change medication as he claimed Neuroton is not allowed in IDOC.

21.  After seven (7) months of the Plaintiff suffering from the allergic reaction, his body started to shut down. Plaintiff started to bleed internally, every 8-10 minutes he began to vomit blood or diarrhea blood. After 10 days he lost over 15 pounds and was too weak to eat or walk.

22.  When the Plaintiff was finally seen by the nurse at sickcall she immediately called Defendant Sood and demanded that he see the Plaintiff. Upon arrival in the health care unit, the Plaintiff was admitted into the health care unit over night. Even after the Plaintiff was hospitalized, defendant Sood refused to change medications. So the plaintiff refused to take the medication as he feared that his body will shut down again and it could be fatal. He now has permanent scars on his arms, hands, and feet due to the Petechiae.

## COUNT I
### Eighth Amendment Claim Against Defendant Sood and John Doe x2 for Denying/Delaying Medical Treatment

23.  Plaintiff adopts herein by reference the allegations contained in paragraphs 1-22.

24.  The purpose of Section 1983 is to deter state actors, and

private individuals in collaboration with state officials, from using
a "badge of authority" to deprive individuals of rights guaranteed by
the Constitution.

25.   Under Section 1983, governmental immunity is to be denied,
and compensatory damages awarded, when a state actor or collaborating
private citizen has acted with either an impermissible motivation or
with such disregard of the person's clearly established constitutional
rights that such action cannot reasonably be characterized as being in
good faith.

26.   Defendant Dr. Sood was deliberate indifference to the Plaintiff
when he failed to monitor the assessment of medication he prescribed.
He allowed the medication to run out by only prescribing a two (2) month
supply at a time. When the medication would run out, the delay to renew
or reorder caused the Plaintiff harm (mentally and physically).

27.   The medication that Dr. Sood prescribed has warnings on it
that state the medication should not be skipped or abrupt cessation. Yet,
he would only prescribe the medication for two months, knowing there is
a delay to renew or reorder the medication. The defendant is the medical
director and knows the procedures to renew or reorder medication. He also
knows the side effects and risks that the plaintiff faces when he misses
doses. He is sued in his individual capacity.

28.   John/Jane Doe #1 is the pharmacist technician or nurse who is
responsible for reordering or renewing prescribed medications. She caused
the plaintiff harm both mentally and physically when she failed to order
his medication prior to the medication running out. This individual is
responsible for making sure the medication is ordered and arrives prior
to it runs out. This person's identification will be disclosed through
discovery.

29.   John/Jane Doe #2 is the person who is responsible to schedule appointments for the psychiatrist (Dr. bednarz). She caused the plaintiff unnecessary pain (mentally and physically) and suffering. When the plaintiff reached out for help on multiple occasions, this individual did not schedule the plaintiff to be seen. This person's identification will be disclosed through discovery.

COUNT II

Eighth Amendment Claim Against Defendant Sood
Deliberate Indifference Inadequate
Medical Treatment

30.   Plaintiff adopts herein by reference the allegations contained in paragraphs 1-29.

31.   The purpose of Section 1983 is to deter state actors, and private individuals in collaboration with state officials, from using a "badge of authority" to deprive individuals of rights guaranteed by the Constitution.

32.   Under Section 1983, governmental immunity is to be denied, and compensatory damages awarded, when a state actor or coolaborating private citizen has acted with either an impermissible motivation or with such disregard of the person's clearly established constitutional rights that such action cannot reasonably be characterized as being in good faith.

33.   Defendant Sood's behavior is sufficiently outrageous as to shock the conscience.

34.   Defendant Sood was made aware of the fact that the plaintiff was having an allergic reaction to his prescribed medication, yet, he failed to intervene. Dr. Sood refused to change medications even after other physicians and nurses have suggested Neuroton. This not a mere difference in medical opinion, this is common sense.

35.   The Plaintiff suffered for seven (7) months due to an  allergic

reaction from the nortriptyline. He now has permanent damage by way of scars on his hands, arms, and feet. Plus, due to the defendant's inadequate medical treatment, the plaintiff became hospitalized from internal bleeding which was directly related to his prescribed medication and the allergic reaction. He caused the plaintiff unnecessary wanton infliction of pain. He is sued in his individual capacity.

WHEREFORE, Plaintiff Ackerman prays that this Court:

A.  Order Defendants liable under Section 1983;

B.  Order Defendants to pay Mr. Ackerman an amount to be proven at trial;

C.  Order the defendants to pay Plaintiff's filing fee;

D.  Order the defendants to pay attorney fees (if applicable),

E.  Order such further relief as the court deems just and proper.

Plaintiff Demand Trial By Jury

Respectfully submitted,

Neil Ackerman
Plaintiff pro'se

Neil Ackerman R26112
Henry Hill cc
P.O. Box 1700
Galesburg, Il. 61402

APPENDIX

EXHIBIT A..............................................Grievance 16-0265 dated
                                                      on 08/10/15

EXHIBIT B..............................................Grievance 16-0520 dated
                                                      on 09/11/15

EXHIBIT C..............................................Webmd.com, Treatment for
                                                      Neuropathic pain
                                                      Nortriptyline

EXHIBIT D..............................................Rxlist.com, withdrawal
                                                      symptoms: Malaise
                                                      Allergic Reaction:
                                                      Petachiae (Nortiptyline)

EXHIBIT E..............................................Rxlist.com, Call your
                                                      doctor at once...

EXHIBIT F..............................................Rxlist.com; Report the
                                                      following symptoms...

EXHIBIT G..............................................PDRHealth.com (side
                                                      effects for Nortriptyline)

EXHIBIT H..............................................Rxlist.com Defenition
                                                      of Petechiae